UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 APR 30  AM 11: 14

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES, for the Use and Benefit of ALL STEEL CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEGEN CONSTRUCTION COMPANY, INC., SUNSHINE STRUCTURES, INC., LIBERTY MUTUAL INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. CV412-32 |

## ORDER

Before the Court is a Consent Motion to Stay filed by Plaintiff, United States, for the use and benefit of All Steel Consultants, Inc. ("All Steel"). For good cause shown including settlement purposes, it is CONSIDERED and ORDERED that the Consent Motion to Stay be and the same is hereby GRANTED and all proceedings in this case are hereby STAYED for a period of ninety (90) days from the date the Consent Motion to Stay was filed.

SO ORDERED this ___ day of _____, 2012.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
GEORGIA, SAVANNAH DIVISION